# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **26–11019 – MMH**   Chapter: **13**

**Kenneth V Torrence and**
**Ashley M Torrence**
Debtors

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Matrix Verification due 02/13/2026** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** |
| | **Federal Rule of Bankruptcy Procedure 1007** |
| | **Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by 2/13/26.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 2/2/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Busayo Adu−Bakare
301−344−0407

cc:   Debtor
       Attorney for Debtor – Robert M. Stahl IV

Form ntcddl (03/05)